IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY M. RUIZ                                                                                                            PLAINTIFF
ADC #157474

v.                                                      3:23-cv-00160-JM-JJV

A. VRENDENBURG,
Corporal, North Central Unit, ADC                                                                        DEFENDANT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 4.) No objections have been filed, and the time to do so has passed.[1] After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, Plaintiff may proceed with his failure to protect, negligence, defamation, and outrage claims against Defendant Vrendenburg in his personal capacity only. All other claims in the Complaint are dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 21st day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court has reviewed Plaintiff's Notice regarding a note that he claims he attached to his complaint. The note is not in the record and the Court has no way of knowing whether it was mailed to the Clerk of Court.