IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY M. RUIZ                                                                                      PLAINTIFF
ADC #157474

v.                                          3:23-cv-00160-JM

ANTHONY VRENDENBURG,
Corporal, North Central Unit, ADC                                                  DEFENDANT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 43.) No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, Defendant's Motion for Summary Judgment (Doc. 25) is GRANTED, and Plaintiff's claim against Defendant Vrendenburg is DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this would not be taken in good faith.

Dated this 2nd day of April 2024.

_____
UNITED STATES DISTRICT JUDGE