IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TONY M. RUIZ                                                                                             PLAINTIFF
ADC #157474

v.                                       3:23-cv-00160-JM

ANTHONY VRENDENBURG,
Corporal, North Central Unit, ADC                                                        DEFENDANT

## JUDGMENT

Consistent with the Orders entered previously and today (Docs. 11, 43), Plaintiff's claims are DISMISSED, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 2nd day of April 2024.

_____
UNITED STATES DISTRICT JUDGE